# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV

2009 MAR -3 P 3: 25

CLERK _B M Carthy_
SO. DIST. OF GA.

CHERYL NORWOOD,      )
                     )
        Plaintiff,   )
                     )
    v.               )      CV 308-097
                     )
GEORGIA AVIATION TECHNICAL )
COLLEGE,             )
                     )
        Defendant.   )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, this case is **DISMISSED** without prejudice, and this civil action is

**CLOSED**.

SO ORDERED this 3rd day of _March_, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE